1AO 450 (Rev. 5/85) Judgment in a Civil CASE

===============================================================================

# UNITED STATES DISTRICT COURT

__WESTERN__            DISTRICT OF __NEW YORK__

**IN RE HARDING, INC.**
**SECURITEIS LITIGATION**

**This Document Relates to**
**ALL ACTIONS**                                              08CV6490


## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  This action came to hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss plaintiffs' Amended Complaint is granted with prejudice.


February 3, 2010
Date

                                                    **MICHAEL J. ROEMER**
                                                    **Clerk Of Court**
                                                    **United States District Court**


                                                    s/Tricia M. O'Fray
                                                    (BY) TRICIA M. O' FRAY
                                                    Deputy Clerk